In the Matter of the Estate of ELIZA RANNEY,' Deceased. LILY E. SNIDER, Appellant; ALBERT O. GERSLEY et al., Respondents.— Order affirmed, without costs of this appeal to any party. Memorandum: We hold that the order under review is an appealable order and that the Surrogate did not abuse his discretion. All concur. (The order grants letters of temporary administration to the Lincoln

Rochester Trust Company.)  Present — Taylor, P. J., McCurn, Larkin, Love Vaughan, JJ.